# United States District Court
## *Southern District of Georgia*

Savannah Kolstedt

_____
Plaintiff

**v.**

TMX Finance Corporate
Services, Inc.

_____
Defendant

Case No. _____4:23cv76-WTM-CLR_____

Appearing on behalf of

_____
Plaintiff

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 7th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:   John A. Yanchunis
_____

Business Address:   Morgan and Morgan
_____
Firm/Business Name

201 N. Franklin St., 7th Floor
_____
Street Address

|  | Tampa | FL | 33602 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

813-233-5505
_____
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   jyanchunis@forthe people.com