# United States District Court
## *Southern District of Georgia*

| | | |
|---|---|---|
| Savannah Kolstedt | | Case No.    4:23cv76-WTM-CLR |
| Plaintiff | | |
| **v.** | TMX Finance Corporate Services, Inc. | Appearing on behalf of |
| | Defendant | Plaintiff |
| | | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 7th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:    Ryan D. Maxey

Business Address:    Morgan and Morgan
                     Firm/Business Name

                     201 N. Franklin St., 7th Floor
                     Street Address

                     Tampa        FL      33602
Street Address (con't)    City    State    Zip

                     Mailing Address (if other than street address)

Address Line 2       City      State      Zip

813-233-5505
Telephone Number (w/ area code)    Georgia Bar Number

Email Address:    rmaxey@forthepeople.com