UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERKS MINUTES - CIVIL

| | | | |
|---|---|---|---|
| **CASE NO.** | 4:23-cv-76 & Others** | **DATE:** | 07-25-2023 |
| **TITLE:** | Kolstedt v. TMX Finance Corporate Services, Inc. | | |

(**see attached for a full list of all cases and all attorneys**)

**HONORABLE R. STAN BAKER**    **COURTROOM DEPUTY CLERK:** Pam Hammock

**COURT REPORTER**: Kelly McKee

| **LOCATION** SAV-ANX-Main | **TIME**: 9:50 – 10:35 | **TOTAL:** 00:45 |
|---|---|---|
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR** | **DEFENDANT** |
| John Yanchunis | Donald Houser | TMX Finance Corporate |
| | Gavin Reinke | Services, Inc. |

**STATUS CONFERENCE (Motion to Consolidate, doc. 16; and Motion to Stay, doc. 22)**

• Court calls cases set for hearing. Counsel not present in case numbers 4:23-cv-93, 94, and 95. Show Cause Order issued in those cases where counsel has not appeared. Proceedings will not move forward on these cases in light of counsel's non-appearance.

• Court outlines posture of cases and today's proceeding. Court addresses the Plaintiff's Motion to Consolidate, doc. 16, in case no. 4:23-cv-76. With no objections, Court grants motion and consolidates all cases into case no. 4:23-cv-76.

• Court discussion with all counsel regarding next steps and progression of case: designation of interim class counsel for all Plaintiffs, filing applications for lead class counsel, addressing any leadership panel specifications, extending the deadline to file motion for class certification, conducting discovery and timing for filing Plaintiffs' amended consolidated complaint and any motion to dismiss by defense.

• Discussion held regarding any other related cases pending in any other court against Defendants.

• Court hears from Defendant on Motion to Stay deadlines, including answer deadline. Motion granted.

• Court hears from Defendant regarding any service issues in any case before the Court today.

• Court will issue a scheduling order later after designation of interim class counsel.

• Court directs Plaintiffs' counsel to confer after hearing today on class counsel.

• With nothing further from the parties, hearing adjourned.

| Case No. / Name | Plaintiffs | Counsel for Plaintiffs | Counsel for Defendants |
|---|---|---|---|
| 4:23-cv-00076-RSB-CLR<br>Kolstedt v.<br>TMX Finance Corporate Services, Inc. | 1. Savannah Kolstedt | John A. Yanchunis | Donald Houser<br>Gavin Reinke |
| 4:23-cv-00078-RSB-CLR<br>Ross v.<br>TMX Finance Corporate Services, Inc. et al | 2. Helena Michelle Ross | MaryBeth Gibson | Donald Houser<br>Gavin Reinke |
| 4:23-cv-00080-RSB-CLR<br>Domino v.<br>TMX Finance Corporate Services, Inc. | 3. Tommy Domino | Gary Lynch | Donald Houser<br>Gavin Reinke |
| 4:23-cv-00081-RSB-CLR<br>Pickens v.<br>TMX Finance Corporate Services, Inc. | 4. Sophia Pickens | Adam Polk | Donald Houser<br>Gavin Reinke |
| 4:23-cv-00083-RSB-CLR<br>Trottier v.<br>TMX Finance Corporate Services, Inc. | 5. Joseph Trottier | Andrew Tate | Donald Houser<br>Gavin Reinke |
| 4:23-cv-00084-RSB-CLR<br>Ritter v.<br>TMX Finance Corporate Services, Inc. et al | 6. Kelli Ritter | MaryBeth Gibson | Donald Houser<br>Gavin Reinke |
| 4:23-cv-00085-RSB-CLR<br>Oltean v.<br>TMX Finance Corporate Services, Inc. | 7. Claudia Oltean | Carl Malmstrom<br>Rebecca Harris | Donald Houser<br>Gavin Reinke |
| 4:23-cv-00088-RSB-CLR<br>Carder v.<br>TMX Finance Corporate Services, Inc. et al | 8. Ryan Carder | Stephen R. Basser | Donald Houser<br>Gavin Reinke |
| 4:23-cv-00089-RSB-CLR<br>Eslinger v.<br>TMX Finance LLC et al | 9. Patsie Eslinger | Brian Gudmundson | Donald Houser<br>Gavin Reinke |
| 4:23-cv-00093-RSB-CLR<br>Rodriguez v.<br>TMX Finance Corporate Services, Inc. et al | 10. Alejandro Rodriguez | | Donald Houser<br>Gavin Reinke |
| 4:23-cv-00094-RSB-CLR<br>Coria v.<br>TMX Finance Corporate Services, Inc. | 11. Victoria Flores Coria | | Donald Houser<br>Gavin Reinke |
| 4:23-cv-00095-RSB-CLR<br>Williams v.<br>TMX Finance Corporate Services, Inc. | 12. Michael Williams | | Donald Houser<br>Gavin Reinke |
| 4:23-cv-00096-RSB-CLR<br>Johnson et al v. | 13. Adrian Johnson<br>14. Jeremiah Gills | Mark Johnson<br>John Herman | Donald Houser<br>Gavin Reinke |

| | | | |
|---|---|---|---|
| TMX Finance Corporate Services, Inc. | 15. Yolanda Jackson | | |
| 4:23-cv-00097-RSB-CLR Eimert v. TMX Finance Corporate Services, Inc. et al | 16. Rey Eimert | Barrett Vahle Cameron Tribble | Donald Houser Gavin Reinke |
| 4:23-cv-00098-RSB-CLR Millner v. TMX Finance Corporate Services, Inc. | 17. Ebony Millner | Tom Withers | Donald Houser Gavin Reinke |
| 4:23-cv-00099-RSB-CLR Jackson v. TMX Finance, LLC et al | 18. Dewayne Jackson | Rebecca Harris | Donald Houser Gavin Reinke |
| 4:23-cv-00100-RSB-CLR Mitchell et al v. TMX Finance LLC et al | 19. Lakendra Mitchell 20. Evelyn Francis 21. Shawn White 22. Muranda Wright 23. Francis Ann Washington | Anthony Parkhill Rebecca Harris | Donald Houser Gavin Reinke |
| 4:23-cv-00102-RSB-CLR Mahone et al v. TMX Finance Corporate Services, Inc. et al | 24. Desaray Mahone 25. Leon Diaz | Amy Keller | Donald Houser Gavin Reinke |
| 4:23-cv-00105-RSB-CLR Smith et al v. TMX Finance Corporate Services, Inc. et al | 26. Whitley Smith 27. Adam White | Jeffrey Goldenberg Kyle Wallace | Donald Houser Gavin Reinke |
| 4:23-cv-00108-RSB-CLR Johnson et al v. TMX Finance Corporate Services, Inc. at al | 28. Chaplin Johnson 29. Brenda Davis | Stephen R. Basser | Donald Houser Gavin Reinke |
| 4:23-cv-00113-RSB-CLR DeJesus et al v. TMX Finance Corporate Services, Inc. | 30. Antonio DeJesus 31. Tracy E. Starling | Marc Edelson David Goodwin Paul Painter | Donald Houser Gavin Reinke |
| 4:23-cv-00121-RSB-CLR Carrington v. TMX Finance Corporate Services, Inc. et al | 32. Sheneequa Carrington | John Bell | Donald Houser Gavin Reinke |
| 4:23-cv-00124-RSB-CLR Alex v. TMX Finance Corporate Services, Inc. | 33. Casaundra Alex | Paul Painter | Donald Houser Gavin Reinke |
| 4:23-cv-00129-RSB-CLR Scheide v. TMX Finance Corporate Services, Inc. | 34. Edwin Scheide | Paul Painter David Goodwin Marc Edelson | Donald Houser Gavin Reinke |
| 4:23-cv-00134-RSB-CLR Berry et al v. TMX Finance Corporate Services, Inc. et al | 35. Makecia Berry 36. Darryl Fleming 37. Sofia Howey 38. Deann Cox | Stephen R. Basser | Donald Houser Gavin Reinke |

|  | 39. Derrick Norris |  |  |
|---|---|---|---|
| 4:23-cv-00168-RSB-CLR Clark v. TMX Finance Corporate Services Inc. | 40. Lana Clark | Adam Polk | Donald Houser Gavin Reinke |