# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SAVANNAH KOLSTEDT, et.al., <br><br> Plaintiffs, <br><br> v. <br><br> TMX FINANCE CORPORATE SERVICES, INC. <br><br> Defendant. | Civil Action No. 4:23-cv-76-RSB-CLR |

## ORDER ESTABLISHING TIME AND EXPENSE BILLING PROTOCOL

In the Court's Order appointing Leadership, the Court ordered Interim Co-Lead Counsel to ensure that Plaintiffs' counsel adhere to a time and expense reporting protocol. [ECF 63.] Interim Co-Lead Counsel have submitted a Time and Expense Billing Protocol to govern the activities of all Plaintiffs' counsel in this matter. The Court agrees that such a protocol is necessary to secure the just, speedy, and inexpensive determination of this action, *see* Fed. R. Civ. P. 1, and specifically to prevent potential issues of overstaffing and duplicative or otherwise inappropriate billing. Interim Co-Lead Counsel's proposed Time and Expense Billing Protocol includes detailed directions from Interim Co-Lead Counsel to all other Plaintiffs' counsel regarding time and expense approval, recordkeeping, and submission. The Court, having reviewed the Time and Expense Billing Protocol, orders as follows:

IT IS ORDERED that the Time and Expense Billing Protocol attached hereto establishes the practices and procedures that shall govern common benefit work and expenses in the above-

captioned Consolidated Action.  All Plaintiffs' counsel shall comply with the Protocol.  Interim Co-Lead Counsel are instructed to oversee compliance by all Plaintiffs' counsel.

    **SO ORDERED**, this 3rd day of January, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA