IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SAVANNAH KOLSTEDT, on behalf of herself and all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TMX FINANCE CORPORATE SERVICES, INC.; and TMX FINANCE, LLC,<br><br>Defendants. | CIVIL ACTION NO.: 4:23-cv-76 |

**O R D E R**

Plaintiff Michael Williams, who is one of multiple plaintiffs in this putative class action proceeding, has filed a Notice of Voluntary Dismissal Without Prejudice, indicating that he elects to voluntarily dismiss his individual action against Defendants without prejudice (and he notes that his dismissal should have no bearing on the claims of the remaining Plaintiffs, which claims will continue). (Doc. 89.)  Neither of the Defendants has filed an answer or a motion for summary judgment.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Williams's claims against Defendants, (see doc. 58), have been **DISMISSED WITHOUT PREJUDICE**, (doc. 89).

**SO ORDERED**, this 10th day of January, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA