# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SAVANNAH KOLSTEDT, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TMX FINANCE CORPORATE ) <br> SERVICES, INC. *et at.*, ) <br> ) <br> Defendants. ) <br> ) <br> ) | **Civil Action No. 4:23-cv-00076-RSB-CLR** |

## NOTICE OF SETTLEMENT

Defendants TMX Finance LLC and TMX Finance Corporate Services, Inc. and Plaintiffs (collectively, the "Parties") hereby jointly notify the Court that the Parties have reached a settlement-in-principle to resolve this action in its entirety and on a class-wide basis. The Parties will work together in good faith to negotiate the remaining terms and prepare the necessary settlement filings. The Parties are starting the process of preparing a class action settlement agreement to be executed on or before December 10, 2024 and anticipate filing a motion for preliminary approval to be filed by December 16, 2024.

- 2 -

Respectfully submitted this 12th day of November 2024.

/s/ *MaryBeth V. Gibson*_____
MaryBeth V. Gibson
Georgia Bar No. 725843
Gibson Consumer Law Group, LLC
4279 Roswell Road
Suite 208-108
Atlanta, GA 30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

Kelly Iverson
Pro Hac Vice
Lynch Carpenter, LLP
1133 Penn Avenue
5th Floor
Pittsburg, Pennsylvania 15222
Tel. 412.322.9243
kelly@lcllp.com

Amy Keller
Pro Hac Vice
DiCello Levitt LLP
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dicellolevitt.com

***Interim Co-Lead Counsel for Plaintiffs***

/s/ *Donald M. Houser*_____
Kristine M. Brown *(admitted pro hac vice)*
Georgia Bar No. 480189
Donald M. Houser
Georgia Bar No. 157238
Gavin Reinke
Georgia Bar No. 159424
M. Ashley Miller
Georgia Bar No. 330929
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Fax: (404) 881-7777
kristy.brown@alston.com
donald.houser@alston.com
gavin.reinke@alston.com
ashley.miller@alston.com

***Attorneys for Defendants***

- 3 -

## CERTIFICATE OF SERVICE

I certify that on November 12, 2024, I caused the foregoing to be served upon counsel of record by and through the Court's CM/ECF system.

*/s/ M. Ashley Miller*
M. Ashley Miller
Georgia Bar No. 330929
