# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SAVANNAH KOLSTEDT, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 4:23-cv-00076-RSB-CLR |
| ) | |
| TMX FINANCE CORPORATE SERVICES, INC. ) | |
| *et al*. ) | |
| ) | |
| Defendants ) | |

### JOINT NOTICE OF AMENDMENT TO SETTLEMENT TIMELINE

COMES NOW, Plaintiffs, and Defendants, by and through undersigned counsel, and file this JOINT NOTICE OF AMENDMENT TO SETTLEMENT TIMELINE, showing the Court as follows:

On November 12, 2024, the Parties jointly submitted a Notice of Settlement notifying the Court that the Parties have reached a settlement-in-principle to resolve this action in its entirety on a class-wide basis. (Doc. 140). In the Notice of Settlement, the Parties informed the Court that they expected to have the Settlement Agreement finalized by December 10, 2024 in anticipation of filing a Motion for Preliminary Approval by December 16, 2024.

Since that time, the Parties have worked to negotiate the terms of the Settlement Agreement. Despite diligent efforts, the Parties require additional time to finalize all remaining terms of the Settlement Agreement and prepare the necessary documentation for the Motion for Preliminary Approval.

The Parties require additional time to complete these tasks. This amendment to the settlement timeline is made in good faith and not for the purpose of delay, and the amendment to

the timeline will not prejudice any Party and will serve the interests of justice by allowing for a comprehensive and well-prepared settlement submission to the Court.

Accordingly, the Parties respectfully notify the Court that they anticipate executing the Settlement Agreement by January 6, 2025 and filing the Motion for Preliminary Approval by January 13, 2025.

Respectfully submitted this 10th day of December, 2024.

*/s/ MaryBeth V. Gibson*
**MaryBeth V. Gibson**
Georgia Bar No. 725843
GIBSON CONSUMER LAW GROUP, LLC
4272 Roswell Road
Suite 208-108
Atlanta, GA 30342
(678) 642-2503
marybeth@gibsonconsumerlawgroup.com

*/s/ Kelly Iverson*
**Kelly Iverson**  (*admitted pro hac vice*)
LYNCH CARPENTER, LLP
1133 Penn Avenue
5th Floor
Pittsburg, Pennsylvania 15222
(412) 322-9243
kelly@lcllp.com

*/s/ Donald M. Houser*
**Kristine M. Brown** (*admitted pro hac vice*)
Georgia Bar No. 480189
**Donald M. Houser**
Georgia Bar No. 157238
**Gavin Reinke**
Georgia Bar No. 159424
**M. Ashley Miller**
Georgia Bar No. 330929
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404)881-7000
Kristy.brown@alston.com
Donald.houser@alston.com
Gavin.reinke@alston.com
Ashley.miller@alston.com

*/s/ Amy Keller*
**Amy Keller** (*admitted pro hac vice*)
DICELLO LEVITT LLP
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
(312) 217-7900
akeller@dicellolevitt.com

*Interim Co-Lead Counsel*

**Rebecca Franklin Harris**
Georgia Bar No.

FRANKLIN LAW, LLC
2250 East Victory Drive
Suite 102
Savannah, Georgia 31404
(912) 335-3305
rebecca@franklinlawllc.com

***Interim Chair, Plaintiffs' Steering Committee***

**CERTIFICATE OF SERVICE**

I certify that on December 10, 2024, I caused the foregoing to be served upon counsel of record by and through the Court's CM/ECF system.

/s/ *Rebecca Franklin Harris*
Rebecca Franklin Harris
Georgia Bar No. 141350
Attorney for Plaintiffs

FRANKLIN LAW, LLC
2250 East Victory Drive
Suite 102
Savannah, Georgia 31404
(912) 335-3305
rebecca@franklinlawllc.com