**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| SAVANNAH KOLSTEDT, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 4:23-cv-00076-RSB-CLR |
| ) | |
| TMX FINANCE CORPORATE SERVICES, INC. ) | |
| *et al*. ) | |
| ) | |
| Defendants ) | |

**JOINT NOTICE OF THIRD AMENDMENT
TO SETTLEMENT TIMELINE**

COMES NOW, Plaintiffs, and Defendants, by and through undersigned counsel, and file this JOINT NOTICE OF THIRD AMENDMENT TO SETTLEMENT TIMELINE, showing the Court as follows:

On November 12, 2024, the Parties jointly submitted a Notice of Settlement notifying the Court that the Parties have reached a settlement-in-principle to resolve this action in its entirety on a class-wide basis. ECF No. 140. In the Notice of Settlement, the Parties informed the Court that they expected to have the Settlement Agreement finalized by December 10, 2024 in anticipation of filing a Motion for Preliminary Approval by December 16, 2024. On December 10, 2024, the Parties filed their Joint Notice of Amendment to the Settlement Timeline, informing the Court that they anticipated executing the Settlement Agreement by January 6, 2025 and filing the Motion for Preliminary Approval by January 13, 2025. ECF No. 141.

On January 3, 2025, the Parties filed their Second Amendment to the Settlement Timeline. ECF No. 142. Since then, the Parties have continued to negotiate and finalize the terms of the exhibits to the Settlement Agreement. Despite continued and diligent efforts, including exchanging numerous drafts of the Settlement Agreement, the Parties require additional time to finalize a few

remaining terms of the Settlement Agreement, the notice exhibits to the Settlement Agreement and prepare the necessary documentation for the Motion for Preliminary Approval.

The Parties anticipate this will be the final amendment to the settlement timeline which is required to allow the Parties to complete the necessary papers. This amendment to the settlement timeline is made in good faith and not for the purpose of delay, and the amendment to the timeline will not prejudice any Party and will serve the interests of justice by allowing for a comprehensive and well-prepared settlement submission to the Court.

Accordingly, the Parties respectfully notify the Court that they anticipate executing the Settlement Agreement by February 7, 2025 and filing the Motion for Preliminary Approval by February 10, 2025.

Respectfully submitted this 20th day of January, 2025.

| | |
|---|---|
| */s/MaryBeth V. Gibson* <br> **MaryBeth V. Gibson** <br> Georgia Bar No. 725843 <br> GIBSON CONSUMER LAW GROUP, LLC <br> 4279 Roswell Road <br> Suite 208-108 <br> Atlanta, GA 30342 <br> (678) 642-2503 <br> marybeth@gibsonconsumerlawgroup.com <br><br> */s/ Kelly Iverson* <br> **Kelly Iverson** (*admitted pro hac vice*) <br> LYNCH CARPENTER, LLP <br> 1133 Penn Avenue <br> 5th Floor <br> Pittsburg, Pennsylvania 15222 <br> (412) 322-9243 <br> kelly@lcllp.com | */s/ Donald M. Houser* <br> **Kristine M. Brown** (*admitted pro hac vice*) <br> Georgia Bar No. 480189 <br> **Donald M. Houser** <br> Georgia Bar No. 157238 <br> **Gavin Reinke** <br> Georgia Bar No. 159424 <br> **M. Ashley Miller** <br> Georgia Bar No. 330929 <br> ALSTON & BIRD LLP <br> 1201 West Peachtree Street <br> Atlanta, GA 30309 <br> (404)881-7000 <br> Kristy.brown@alston.com <br> Donald.houser@alston.com <br> Gavin.reinke@alston.com <br> Ashley.miller@alston.com |

*/s/ Amy Keller*
**Amy Keller** (*admitted pro hac vice*)
DICELLO LEVITT LLP

Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
(312) 217-7900
akeller@dicellolevitt.com

*Interim Co-Lead Counsel*

**Rebecca Franklin Harris**
Georgia Bar No.
FRANKLIN LAW, LLC
2250 East Victory Drive
Suite 102
Savannah, Georgia 31404
(912) 335-3305
rebecca@franklinlawllc.com

***Interim Chair, Plaintiffs' Steering Committee***

# CERTIFICATE OF SERVICE

I certify that on January 20, 2025, I caused the foregoing to be served upon counsel of record by and through the Court's CM/ECF system.

                                             */s/ MaryBeth V. Gibson*
                                             **MaryBeth V. Gibson**
                                             Georgia Bar No. 725843

GIBSON CONSUMER LAW GROUP, LLC
4279 Roswell Road
Suite 208-108
Atlanta, GA 30342
(678) 642-2503
marybeth@gibsonconsumerlawgroup.com