# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SAVANNAH KOLSTEDT, *et al.* )<br>)<br>    Plaintiffs,    )<br>v.                               ) Civil Action No. 4:23-cv-00076-RSB-CLR<br>)<br>TMX FINANCE CORPORATE SERVICES, INC. )<br>*et al*.                          )<br>)<br>    Defendants           ) | |

## JOINT NOTICE OF FOURTH AMENDMENT
## TO SETTLEMENT TIMELINE

COME NOW, Plaintiffs, and Defendants, by and through undersigned counsel, and file this JOINT NOTICE OF FOURTH AMENDMENT TO SETTLEMENT TIMELINE, showing the Court as follows:

On November 12, 2024, the Parties jointly submitted a Notice of Settlement notifying the Court that the Parties have reached a settlement-in-principle to resolve this action in its entirety on a class-wide basis. ECF No. 140. In the Notice of Settlement, the Parties informed the Court that they expected to have the Settlement Agreement finalized by December 10, 2024 in anticipation of filing a Motion for Preliminary Approval by December 16, 2024. On December 10, 2024, the Parties filed their Joint Notice of Amendment to the Settlement Timeline, informing the Court that they anticipated executing the Settlement Agreement by January 6, 2025 and filing the Motion for Preliminary Approval by January 13, 2025. ECF No. 141.

On January 3, 2025, the Parties filed their Second Amendment to the Settlement Timeline, informing the Court that they anticipated executing the Settlement Agreement by January 20, 2025 and filing the Motion for Preliminary Approval by January 27, 2025. ECF No. 142. On January 20, 2025, the Parties filed their Third Amendment to the Settlement Timeline, informing the Court

that they anticipated executing the Settlement Agreement by February 7, 2025 and filing the Motion for Preliminary Approval by February 10, 2025. ECF No. 143.

Since then, the Parties have continued to negotiate and finalize the terms of the exhibits to the Settlement Agreement—including exchanging drafts of near-final versions of the settlement and all of the ancillary documents. Despite continued and diligent efforts, including exchanging numerous drafts of the Settlement Agreement, the Parties require additional time to finalize a few remaining terms of the Settlement Agreement, the notice exhibits to the Settlement Agreement and prepare the necessary documentation for the Motion for Preliminary Approval.

The Parties expect this will be the final amendment to the settlement timeline which is required to allow the Parties to complete the necessary papers. This amendment to the settlement timeline is made in good faith and not for the purpose of delay, and the amendment to the timeline will not prejudice any Party and will serve the interests of justice by allowing for a comprehensive and well-prepared settlement submission to the Court.

Accordingly, the Parties respectfully notify the Court that they anticipate executing the Settlement Agreement by February 24, 2025 and filing the Motion for Preliminary Approval by February 27, 2025.

Respectfully submitted this 7th day of February, 2025.

| | |
|---|---|
| */s/MaryBeth V. Gibson* | */s/ M. Ashley Miller* |
| **MaryBeth V. Gibson** | **Kristine M. Brown** (*admitted pro hac vice*) |
| Georgia Bar No. 725843 | Georgia Bar No. 480189 |
| GIBSON CONSUMER LAW GROUP, LLC | **Donald M. Houser** |
| 4272 Roswell Road | Georgia Bar No. 157238 |
| Suite 208-108 | **Gavin Reinke** |
| Atlanta, GA 30342 | Georgia Bar No. 159424 |
| (678) 642-2503 | **M. Ashley Miller** |
| marybeth@gibsonconsumerlawgroup.com | Georgia Bar No. 330929 |
| | ALSTON & BIRD LLP |
| | 1201 West Peachtree Street |

| | |
|---|---|
| */s/ Kelly Iverson*<br>**Kelly Iverson**  (*admitted pro hac vice*)<br>LYNCH CARPENTER, LLP<br>1133 Penn Avenue<br>5th Floor<br>Pittsburg, Pennsylvania 15222<br>(412) 322-9243<br>kelly@lcllp.com | Atlanta, GA 30309<br>(404)881-7000<br>Kristy.brown@alston.com<br>Donald.houser@alston.com<br>Gavin.reinke@alston.com<br>Ashley.miller@alston.com |

*/s/ Amy Keller*
**Amy Keller** (*admitted pro hac vice*)
DICELLO LEVITT LLP
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
(312) 217-7900
akeller@dicellolevitt.com

*Interim Co-Lead Counsel*

**Rebecca Franklin Harris**
Georgia Bar No.
FRANKLIN LAW, LLC
2250 East Victory Drive
Suite 102
Savannah, Georgia 31404
(912) 335-3305
rebecca@franklinlawllc.com

***Interim Chair, Plaintiffs' Steering Committee***

## CERTIFICATE OF SERVICE

I certify that on February 7, 2025, I caused the foregoing to be served upon counsel of record by and through the Court's CM/ECF system.

*/s/ M. Ashley Miller*