**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| SAVANNAH KOLSTEDT, *et al.*, individually and on behalf of all others similarly situated, | Case No. 4:23-cv-00076-RSB-CLR |
| Plaintiffs, | Hon. R. Stan Baker |
| v. | |
| TMX FINANCE CORPORATE SERVICES, INC., TMX FINANCE LLC d/b/a "TitleMax" d/b/a "TitleBucks" d/b/a "InstaLoan," | |
| Defendants. | |

## NOTICE OF FILING SUPPLEMENTAL DECLARATION OF SIMPLURIS, INC. TO PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Through their undersigned counsel, Plaintiffs respectfully submit this Supplemental Declaration to their Motion for Final Approval of Class Action Settlement that was filed on July 29, 2025 (ECF No. 163).

The purpose of this filing is to inform the Court in advance of the Final Approval hearing that there are seventy-one (71) class members who submitted a valid request for exclusion from the Settlement in advance of the July 7, 2025 deadline (the "Opt-Outs"). *See* Supplemental Declaration of Settlement Administrator Simpluris ("Suppl. Decl.") ¶ 5, attached hereto as Exhibit 1. At the time the initial Final Approval Motion was filed, the Settlement Administrator ("Simpluris") had received twenty-six requests for exclusion, of which twenty-three (23) were valid Opt-Outs. *See* ECF No. 163-1 at ¶ 11, ECF No. 163-2 at ¶ 21. Settlement Class Counsel since learned that there were additional class members who submitted requests for exclusion. Simpluris conducted an audit at which time it discovered that the delivery report it received from the United

1

States Postal Service was inaccurate and skewed the sorting, intake, and upload process to Simpluris's case management system. Suppl. Decl. ¶ 4. Simpluris immediately investigated the error, and a hands-on review of the mail was performed by a senior employee. *Id.* Simpluris performed extensive auditing of each mail piece to ensure each was captured accurately and all opt-outs were properly recorded. *Id.* After review of all exclusion requests, the Parties now agree that seventy-one (71) individuals' requests are both timely and viable Opt-Outs, and that these individuals therefore should be excluded from the Settlement.

Though the number of Opt-Outs has increased from twenty-three (23) to seventy-one (71), these Opt-Outs do not impact the analysis for Final Approval. The reaction of the Settlement Class to the Settlement remains overwhelmingly favorable.

As explained in Plaintiffs' initial Motion for Final Approval, under the fifth *Bennett* factor, where the number of objectors amounts to an "infinitesimal percentage" of the class, this indicates "strong support for the settlement" and weighs strongly in favor of final approval. ECF No. 163 at 15 (citing *In re Home Depot Inc. Customer Data Sec. Breach Litig.*, 1:14-md-02583-TWT, 2016 WL 6902351, at *4 (N.D. Ga. Aug. 23, 2016). Here, there are no objections to the Settlement and there are only seventy-one (71) Opt-Outs from a class of 4.8 million which represents an infinitesimal 0.0015% of the Settlement Class, or in other terms, one-in-67,000. *Compare In re: Checking Acct. Overdraft Litig.*, No. 1:09-MD-02036-JLK, 2013 WL 11320088, at *10 (S.D. Fla. Aug. 2, 2013) (approving settlement with two exclusions from a 27,000-member class). Accordingly, the existence of an additional forty-eight (48) Opt-Outs does not materially change the analysis to grant Final Approval of the Settlement.

For the reasons set forth above and in Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Plaintiffs respectfully request that the Court grant their motion and finally approve the Settlement.

Dated: August 11, 2025

Respectfully submitted,

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
Georgia Bar No. 725843
**Gibson Consumer Law Group, LLC**
4279 Roswell Road
Suite 208-108
Atlanta, Georgia 30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

*/s/ Kelly Iverson*
Kelly Iverson
*Pro Hac Vice*
**Lynch Carpenter, LLP**
1133 Penn Avenue
5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
kelly@lcllp.com

*/s/ Amy Keller*
Amy Keller
*Pro Hac Vice*
**DiCello Levitt LLP**
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
akeller@dicellolevitt.com

***Interim Co-Lead Class Counsel***

*/s/ Rebecca Franklin Harris*
Rebecca Franklin Harris
Georgia Bar No. 141350
Franklin Law, LLC
2250 East Victory Drive
Suite 102

Savannah, Georgia 31404
Tel. 912.335.3305
rebecca@franklinlawllc.com

***Interim    Chair    of    Plaintiffs'    Steering
Committee***

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing and effectuate service to all counsel of record in this matter, pursuant to Local Rule 5.1.

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson

***Interim Co-Lead Class Counsel***